**Order entered October 15, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00836-CR
No. 05-14-00837-CR
No. 05-14-00838-CR

**MATTHEW LOUIS REESE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-00306-P, F13-60347-P, F13-00723-P**

## ORDER

The Court has before it appellant's October 10, 2014 motion to extend time to file the motion for rehearing. The opinion dismissing the appeals for want of jurisdiction issued on August 7, 2014. Counsel asserts in the extension motion that he did not receive notice of the dismissal and did not receive actual knowledge until October 3, 2014 during a "routine check on the status of the cases."

The Court's records show that on August 7, 2014, a copy of the opinion was sent to appellant's counsel at the e-mail address provided by counsel, as well as to the Dallas County District Attorney's Office. Nevertheless, pursuant to Texas Rule of Appellate Procedure 4.5, we

**GRANT** the extension motion. We **ORDER** the motion for rehearing tendered on October 10, 2014 filed as of the date of this order.

The State's response is due within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    CAROLYN WRIGHT
         CHIEF JUSTICE